# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

DATE 7/6/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/7/2015 9:49:01 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:**   2013-72358

**VOLUME** _____ **PAGE** _____   **OR**   **IMAGE #** 64887695

**DUE** 7/30/2015       **ATTORNEY** 24066198

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:**   4/1/2015

**MOTION FOR NEW TRIAL DATE FILED:** 5/4/2015

**REQUEST TRANSCRIPT DATE FILED**   N/A

**NOTICE OF APPEAL DATE FILED**   6/30/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ
        **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

CAUSE NO. 2013-72358

| | | |
|---|---|---|
| CAROLYN ANN O'DANIEL | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DANNY WAYNE DUNCAN, | § | |
| D & E INVESTMENTS, INC., | § | |
| and AUDREY HAYS | § | 113TH JUDICIAL DISTRICT |

---

### DEFENDANTS' NOTICE OF APPEAL

---

Please take notice that Danny Wayne Duncan, D & E Investments, Inc., and Audrey Hays, Defendants in this cause (hereinafter "Appellants"), hereby appeal from the judgment entered against them, signed on April 1, 2015. Appellants desire to appeal to either the First or the Fourteenth Court of Appeals at Houston, Texas.

As required by the local rules relating to assignment of related cases to and transfers of related cases between the First and Fourteenth Court of Appeals, the undersigned certifies that he is not aware of any related appeals or original proceedings having been previously filed in either the First or the Fourteenth Court of Appeals.

Dated: June 30, 2015

Respectfully submitted,

/s/ **Troy Tindal on Jun 30, 2015**

Troy Tindal
Tindal Law Firm
State Bar No. 24066198
troy@tindallawfirm.com
17225 El Camino Real, Suite 190
Houston, Texas 77058
Tel: 832-691-1519
Fax: 832-408-7579

**ATTORNEYS FOR DEFENDANTS
DANNY WAYNE DUNCAN, D&E
INVESTMENTS, AND AUDREY RHONE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon counsel of record and parties as indicated on this 30th day of June 2015 in accordance with the Texas Rules of Civil Procedure.

Albert Lee Giddens                    *Through the OCA's electronic filing manager*
Giddens & Burns
3009 Strawberry Road
Pasadena, TX 77502


**/s/ Troy Tindal on Jun 30, 2015**

_____

Troy Tindal



No 2013-72358

CAROLYN ANN O'DANIEL § IN THE DISTRICT COURT

Plaintiff §

vs §

DANNY WAYNE DUNCAN, §
D&E INVESTMENTS, INC and §  OF HARRIS COUNTY, TEXAS
AUDREY HAYS §

Defendant § 113TH JUDICIAL DISTRICT

## FINAL JUDGMENT

On April 1, 2015, the foregoing matter was called for trial  The parties appeared and announced ready  Testimony and documents were received as evidence by the Court sitting without a jury, and a record was made

In consideration of the Interlocutory Summary Judgment signed herein on February 23, 2015, the stipulations entered on the record, and the evidence submitted, it is

Ordered that Plaintiff, Carolyn Ann O'Daniel, shall have and recover from Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally, judgment in the principal amount of $622,000 00  It is further

Ordered that Plaintiff, Carolyn Ann O'Daniel, shall have and recover from Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally, judgment in the additional amount of $89,056 48, as pre-judgment interest on the principal amount awarded in the preceding paragraph  It is further

Ordered that Plaintiff, Carolyn Ann O'Daniel, shall have and recover from Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally, judgment in the additional amount of $8,850 00 as reasonable and necessary attorney fees incurred through trial of this case  It is further

1

Ordered that, in the event an appeal of this judgment in favor of Plaintiff, Carolyn Ann O'Daniel, is taken to the Court of Appeals and this judgment is affirmed (and in that event only), Plaintiff, Carolyn Ann O'Daniel, shall recover the additional sum of $7,000 00 from Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally, as reasonable attorney fees on appeal It is further

Ordered that, in the event this judgment in favor of Plaintiff, Carolyn Ann O'Daniel, is affirmed by the Court of Appeals and is subsequently the subject of a petition for review in the Texas Supreme Court and such petition is denied or dismissed, Plaintiff, Carolyn Ann O'Daniel, shall recover the additional sum of $3,500 00 from Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally, as reasonable attorney fees incurred in defending against the petition for review filed in the Supreme Court It is further

Ordered that, in the event this judgment in favor of Plaintiff, Carolyn Ann O'Daniel, is affirmed by the Court of Appeals and is affirmed following the grant of a petition for review in the Texas Supreme Court, Plaintiff, Carolyn Ann O'Daniel, shall recover the additional sum of $14,000 00 from Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally, as reasonable attorney fees incurred before the Supreme Court It is further

Ordered that costs of court are taxed against Defendants, Danny Wayne Duncan and D&E Investments, Inc , jointly and severally It is further

Ordered that interest shall accrue on the unpaid portion of the monetary amounts awarded in this judgment at the rate of six per cent (6%) per annum from the date of this judgment until satisfaction It is further

Ordered that Plaintiff shall have foreclosure of her lien against the real property known as a 1 547 acre tract out of Outlot 75, Deer Park Outlots, George Patrick Survey, Abstract 624, being the same property described in that certain Deed of Trust filed of record under Clerk's File № S316613, and re-filed under Clerk's File № 20130199386, in

2

the Real Property Records of Harris County, Texas, and being commonly known as 335 San Augustine, Deer Park, Texas 77536 It is further

Ordered that Plaintiff shall have issuance of an Order of Sale directing any sheriff or constable within the State of Texas, to seize and sell the above-described real property in satisfaction of this judgment according to the methods and procedures provided by law for judicial sales It is further

Ordered that Plaintiff shall be entitled to immediate possession of all shares of stock in D&E Investments, Inc held in escrow by Audrey Hayes as escrow agent, and that Plaintiff shall have issuance of process directed to Audrey Hayes requiring surrender of such shares, as necessary It is further

Ordered that Plaintiff shall have such other and further writs and process allowed by law for the enforcement of this judgment

All relief sought in this case and not granted herein is denied

This judgment disposes of all claims, and is final and appealable

Signed April 1, 2015

Michael Landrum,
Judge Presiding

3

CAUSE NO. 2013-72358

| CAROLYN ANN O'DANIEL | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DANNY WAYNE DUNCAN, | § | |
| D & E INVESTMENTS, INC., | § | |
| and AUDREY HAYS | § | 113TH JUDICIAL DISTRICT |

## DEFENDANTS' MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants Danny Wayne Duncan, D & E Investments, Inc., and Audrey Hays and move this Court to set aside the order of summary judgment and the final judgment previously rendered against them and to grant a new trial in this cause, and in support of this motion shows as follows:

### I. FACTUAL BACKGROUND

1.      Plaintiff Carolyn Ann O'Daniel filed this case in December 2013 to collect amounts she contended were due to her as a property settlement with her former husband Defendant Danny Wayne Duncan.  Mr. Duncan and the other Defendants asserted in answer, and still contend, that the alleged debt Plaintiff seeks to collect is a product of a voidable transaction as the debt was obtained by illegal means under background Texas contract law and because Plaintiff did not uphold her end of the bargain.

2.      Plaintiff moved for summary judgment as to enforceability of the Note at issue. Defendants opposed summary judgment on the basis of duress, failure of consideration, and unconscionability.  In opposition to Plaintiff's motion, Defendants proffered affidavits of Melanie Johnson, a former employee of Deer Park Funeral Directors and of Danny Duncan.  Melanie

Johnson is someone Plaintiff has known for over 20 years. Exh C. Ms. Johnson was listed in Defendants' Amended Disclosures, served on February 5 before the summary judgment hearing. Exh A. The discovery period was still open at the time, and neither side had taken any depositions at that point. The parties later agreed to extend the discovery period into late March. Exh B.

3. The Court granted Plaintiff's objection to the Affidavit of Melanie Johnson, which only challenged the timeliness of Ms. Johnson's disclosure. The Court granted Plaintiff's Motion for Summary Judgment.

## II. ARGUMENT & AUTHORITIES

4. This motion is presented within the time allowed by law for motions for new trial, the final judgment in this cause having been rendered on April 1, 2015, and the earlier order of summary judgment being expressly interlocutory.

5. The Court's ruling on Plaintiff's Motion for Summary Judgment erred in the following respects:

a) The Affidavit of Melanie Johnson should not have been excluded.

b) Plaintiff should not have been awarded summary judgment dismissing the defense of duress.

c) Plaintiff should not have been awarded summary judgment dismissing the defense of failure of consideration.

d) Plaintiff should not have been awarded summary judgment dismissing the defense of unconscionability.

## III. PRAYER

WHEREFORE, premises considered, Defendants pray that the order of summary judgment and final judgment rendered against them in this cause be set aside and that a new trial be granted in order that justice may be done.

Dated: May 1, 2015                     Respectfully submitted,

**/s/ Troy Tindal on May 1, 2015**

_____

Troy Tindal
Tindal Law Firm
State Bar No. 24066198
troy@tindallawfirm.com
17225 El Camino Real, Suite 190
Houston, Texas 77058
Tel: 832-691-1519
Fax: 832-408-7579

**ATTORNEYS FOR DEFENDANTS
DANNY WAYNE DUNCAN, D&E
INVESTMENTS, AND AUDREY RHONE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon counsel of record and parties as indicated on this 1st day of May 2015 in accordance with the Texas Rules of Civil Procedure.

Albert Lee Giddens                  *Through the OCA's electronic filing manager*
Giddens & Burns
3009 Strawberry Road
Pasadena, TX 77502

**/s/ Troy Tindal on May 1, 2015**

_____

Troy Tindal

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      JUL 06, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____  -  INT
                       GENERAL PARTY INQUIRY            PAGE:   1  -    2

CASE NUM: 201372358__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: DEBT                        CASE STATUS: DISPOSED (FINAL)
STYLE: O'DANIELS, CAROLYN ANN (FORMELY C VS DUNCAN, DANNY WAYNE
==============================================================================
                     **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
   NUM    NUMBER                                         STAT
_     00009-0001 XDF          O'DANIEL, CAROLYN ANN            PRO-SE
_     00008-0001 XPL 24066198 D&E INVESTMENTS INC             TINDAL, TROY
_     00007-0001 XPL 24066198 DUNCAN, DANNY WAYNE             TINDAL, TROY
_     00006-0001 AGT          D AND E INVESTMENTS INC MAY BE
_     00005-0001 DEF          ROHM, AUDREY HAYS
_     00004-0001 DEF 24066198 HAYS, AUDREY                    TINDAL, TROY
_     00003-0001 DEF 24078715 D & E INVESTMENTS INC           MERIWETHER, S
_     00002-0001 DEF 24078715 DUNCAN, DANNY WAYNE             MERIWETHER, S

==> (10) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201372358__ PJN> __ TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: DEBT                          CASE STATUS: DISPOSED (FINAL)
STYLE: O'DANIELS, CAROLYN ANN (FORMELY C VS DUNCAN, DANNY WAYNE
========================================================================
                       **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00001-0001 PLT 07884500 O'DANIELS, CAROLYN ANN (FORMEL   GIDDENS, ALBE
_     00001-0001 PAP 21733000 WILSON, WILLIAM LARRY




==> (10) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP